# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| **IN RE:**<br>Dashannon S Ingram<br>260 Logan Cir.<br>Sparta, GA  31087 | **CHAPTER 13**<br><br>**Case Number:** 12-53655-AEC<br><br>**ATTORNEY:**  BLANTON C. LINGOLD |

## TRANSMITTAL OF UNCLAIMED FUNDS

Now comes the Chapter 13 trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $21.15 in unclaimed funds on behalf of the below-referenced debtor. The last known address for the debtor is as follows:

Dashannon S Ingram
260 Logan Cir.
Sparta, GA  31087


**DATED:** June 16, 2016

                                           /s/ Camille Hope

**Camille Hope, Trustee**
**P.O. Box 954**
**Macon, GA 31202**
**(478) 742-8706**